UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CECILIA PADUA et al,

        Plaintiff,

  v.

LORETTA L. EVANS et al,

        Defendant.

Case Number: CV09-05007 CRB (BZ)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2010, I SERVED a true and correct copy(ies) of the attached **ORDER SCHEDULING SETTLEMENT CONFERENCE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anupam Sharma
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418

Elizabeth Scott Letcher
Housing and Economic Rights Advocates
1814 Franklin St., Suite 1040
Oakland, CA 94612

Jennifer Esther Chen
Covington & Burling LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065

John L. Fallat
Law Offices of John L. Fallat
999 Fifth Avenue
Suite 590
San Rafael, CA 94901

Leland Blanchard Evans
Evans & Heil
Monterey Business Center
8 Harris Court
Suite A-1
Monterey, CA 93940

Maeve Elise Brown
Housing and Economic Rights Advocates
PO Box 29435
Oakland, CA 94604

Mark Allen Vaughn
Law Offices of John L. Fallat
999 Fifth Avenue, Suite 590
San Rafael, CA 94901-2994

Noah Zinner
Housing and Economic Rights Advocates
P.O. Box 29435
Oakland, CA 94604

Robert Paul Dudugjian
Dudugjian & Swoyer
13 Sierragate Bldg B
Roseville, CA 95678

Robert T. Haslam
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065

Thomas Sanfilippo
30 El Camino Real, #203
San Mateo, CA 94401

Dated: January 29, 2010

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

_Rose Maher_