UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CECILIA PADUA et al,

        Plaintiff,

  v.

LORETTA L. EVANS et al,

        Defendant.

Case Number: CV09-05007 CRB (BZ)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2010, I SERVED a true and correct copy(ies) of the attached **SECOND AMENDED ORDER WITH CORRECT DATE AND DAY OF SETTLEMENT CONFERENCE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maeve Elise Brown
Housing and Economic Rights Advocates
PO Box 29435
Oakland, CA 94604

Mark Allen Vaughn
Law Offices of John L. Fallat
999 Fifth Avenue, Suite 590
San Rafael, CA 94901-2994

Thomas R. Sanfilippo
Multisource
30 El Camino Real, #203
San Mateo, CA 94401

Dated: January 29, 2010

                                    Richard W. Wieking, Clerk
                                    By: Rose Maher, Deputy Clerk

*/s/ Rose Maher*