UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
CELIA PADUA, et al.           )
                              )
                              )   No. C 09-5007 CRB (BZ)
         Plaintiff(s),        )
                              )
    v.                        )
                              )
LORETTA L. EVANS as TRUSTEE   )
FOR THE LORETTA L. EVANS      )   ORDER EXCUSING PERSONAL
FAMILY TRUST, et al.,         )   ATTENDANCE AT SETTLEMENT
                              )   CONFERENCE
                              )
         Defendant(s).        )
_____)
LORETTA L. EVANS, as TRUSTEE  )
FOR THE LORETTA L. EVANS      )
FAMILY TRUST,                 )
                              )
         Cross-Claimant,      )
                              )
    v.                        )
                              )
CECILIA PADUA, et al.,        )
                              )
         Counter and Cross    )
            Defendants.       )
_____)
```

Before the Court are the requests of defendants Surety Bonding Company of America and CJ Investment Services to be excused from personally attending the settlement conference. Neither request is timely and, in the case of the Surety

1

Company, not particularly meritorious. However, no other party has objected to either request. **IT IS THEREFORE ORDERED** that both requests are **GRANTED. IT IS FURTHER ORDERED** that a representative of Surety Bonding Company of America with full authority to settle this case as that term is defined in the Settlement Conference Order dated 1/29/2010, be available to participate by telephone commencing at **9:00 a.m.** Pacific Standard Time.

Dated: March 2, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\PADUA ORDER EXCUSING ATTENDANCE AT SC.wpd